```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2024
```

**MEMO ENDORSED**

Lance Liu, Esq.
Attorney At Law
15 Minuteman Circle
Southbury, CT 06488
Phone: 203-706-9536
Email: lanceliu2000@gmail.com
Date: May 31, 2024

VIA ECF

Hon. Valerie E. Caproni
U.S. District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: LETTER SEEKING POSTPONEMENT OF INITIAL PRETRIAL CONFERENCE (Docket No.: 1:24-cv-02430-VEC)

Dear Honorable Judge Caproni:

I represent Plaintiff Shenzhen Shanniao Electronics Co., Ltd ("Plaintiff") in the above captioned case.

As the Defendant has yet filed its appearance in this case, Plaintiff respectfully requests a postponement of the Initial Pretrial Conference from June 7, 2024 to August 7, 2024. This is the first request for a postponement.

Very truly yours,

By: /s/ Lance Liu
Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Phone: (203)706-9536
Email: Lanceliu2000@Gmail.com

---

The initial pretrial conference is ADJOURNED to **Friday, July 19, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at Dkt. 7, are due **July 11, 2024**.

SO ORDERED.

*[signature]*   05/31/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE